Slip Op. 00-168

# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____

|  |  |  |
|---|---|---|
| RHP BEARINGS LTD., NSK BEARINGS EUROPE LTD. and NSK CORPORATION, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Consol. Court No. |
| | : | 97-02-00217 |
| UNITED STATES, | : | |
| | : | |
| Defendant, | : | |
| | : | |
| THE TORRINGTON COMPANY, | : | |
| | : | |
| Defendant-Intervenor. | : | |

_____

# J U D G M E N T

This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, RHP Bearings Ltd. v. United States, 23 CIT ___, 83 F. Supp. 2d 1322 (1999) ("Remand Results"), and Commerce having complied with the Court's remand and no responses to the Remand Results having been submitted by the parties, it is hereby

**ORDERED** that the Remand Results filed by Commerce on February 10, 2000 are affirmed in their entirety; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

_____
NICHOLAS  TSOUCALAS
SENIOR JUDGE

Dated: December 21, 2000
New York, New York